**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1018**

_____

In re:  DAVID MCDOWELL ROBINSON,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(1:07-cr-00087-RDB-1)

_____

Submitted:  February 27, 2014          Decided:  March 5, 2014

_____

Before NIEMEYER, KING, and AGEE, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

David McDowell Robinson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David McDowell Robinson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion under Fed. R. Civ. P. 60(b). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on January 23, 2014. Accordingly, because the district court has recently decided Robinson's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED